**IT IS SO ORDERED.**

**SIGNED THIS: July 11, 2022**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JENNIFER GODWIN | ) | No. 20-70631 |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

## ORDER TO INCUR DEBT TO PURCHASE A VEHICLE

THIS CAUSE COMING TO BE HEARD on the Motion to Incur Debt to Purchase a Vehicle filed by Debtor, and there be no objection to said Motion:

IT IS HEREBY ORDERED that the Debtor is allowed to borrow $29,976.00 from Commercial Bank at 9.9% interest rate, with payments of $550.00 per month for seventy-two (72) months to purchase a 2019 Volkswagen Tiguan 2.0T SEL AWD with 39,605 miles, or a similar vehicle from Leader Automotive Group.

###

1